UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-cv-61751

RONALD J. WALTMAN,

        Plaintiff,

v.

NATIONAL ENTERPRISE SYSTEMS, INC.,

        Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, National Enterprise Systems, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

/s/ Dayle M. Van Hoose
Dayle M. Van Hoose, Esq.
Florida Bar No.: 0016277
Kenneth C. Grace, Esq.
Florida Bar No.: 0658464
SESSIONS, FISHMAN, NATHAN, & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2463
Facsimile: (866) 466-3140
dvanhoose@sessions-law.biz
kgrace@sessions-law.biz

                                          Attorneys for Defendant,
                                        National Enterprise Systems, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on this 28th day of February 2011, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

                              Donald A. Yarbrough, Esq.
                                  P.O. Box 11842
                                Ft. Lauderdale, FL  33339

                                                  /s/ Dayle M. Van Hoose
                                                  Attorney

\\sfnfs02\prolawdocs\9651\9651-26622\Waltman, Ronald J\363078.doc